# OPT-IN CONSENT FORM
*Humberto Ramirez v. Marriott International, et al*
United States District Court, Southern District of New York

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

| Name: Humberto Ramirez | Date of Birth: ▮ |
|---|---|
| Address: ▮ | Phone No. 1: ▮<br>Phone No. 2:<br>E-mail Address: |

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendants' (Marriott International and The Ritz-Carlton) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked as a/an <u>In-room server/Banquet server</u> for Defendants in <u>White Plains, New York</u> from approximately on or about <u>2015</u> to approximately on or about <u>November 2019</u>.

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 03 / 15 / 2020 | *[signature]* |
|---|---|
| (Date Signed) | (Signature) |

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

Doc ID: 454e37a44dc2a3181774c6209ce003e176ead5e5