UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUMBERTO RAMIREZ, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br>   v.<br><br>MARRIOTT INTERNATIONAL, INC. and THE RITZ-CARLTON HOTEL COMPANY, LLC,<br><br>          Defendant. | Case No. 7:20-cv-02397-PMH<br><br>**NOTICE OF FILING CORRECTED OPT-IN FORM** |

Plaintiff Humberto Ramirez, individually and on behalf of all persons similarly situated, hereby files the following corrected Opt-In Consent Form, submitted herewith as Exhibit 1, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, *et seq*.

**CONSENT TO JOIN COLLECTIVE ACTION**

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|:---:|:---:|:---:|
| 1 | Michael Boateng (corrected) | 2 |

Dated:  May 25, 2021

Respectfully submitted,

SCHNEIDER WALLACE
COTTRELL KONECKY LLP


*/s/ William M. Hogg*
Carolyn H. Cottrell (*pro hac vice*)
Ori Edelstein (*pro hac vice*)
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com

-2-

>John J. Nestico
>6000 Fairview Road, Suite 1200
>Charlotte, North Carolina 28210
>Tel: (510) 740-2946; Fax: (415) 421-7105
>jnestico@schneiderwallace.com
>
>William M. Hogg (*pro hac vice*)
>3700 Buffalo Speedway, Suite 960
>Houston, Texas 77098
>Tel: (713) 338-2560
>whogg@schneiderwallace.com
>
>*Attorneys for Plaintiff, Class, and Collective Members*

## CERTIFICATE OF SERVICE

I certify that on May 25, 2021, I filed this document through the Court's CM/ECF system, which will serve a copy on all parties of record.

>*/s/ William M. Hogg*
>William M. Hogg