# Morgan Lewis

**Christopher A. Parlo**
Partner
+1.212.309.6062
chris.parlo@morganlewis.com

May 27, 2022

<u>**Via ECF**</u>
The Honorable United States District Judge Philip M. Halpern
United States District Court, Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

**Re:** *Ramirez v. Marriott International, Inc., et al.*, **20-cv-02397-PMH-PED**

Dear Judge Halpern:

The parties write jointly, pursuant to your Honor's April 19, 2022 order, to inform the Court of their efforts to privately resolve this matter. Following mediation on May 23, 2022, the parties reached a settlement in principle that will fully resolve all claims in this action. The parties are working diligently to finalize the remaining terms of the settlement and look forward to presenting the settlement to the Court for approval. The parties anticipate they will finalize the settlement agreement and Plaintiff will file the motion for approval within approximately 60 days.

Respectfully submitted,

*/s/ Christopher A. Parlo*

Christopher A. Parlo
*Attorney for Defendants*

cc: All Counsel of Record (via ECF)