# EXHIBIT 3



## CASE COSTS

**Ramirez, Humberto v The Ritz-Carlton**
**Matter No. 102046**
**Date: 07/05/2022**

| DATE | VENDOR | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 03/18/2020 | USDC New York | Complaint filing fee | $ 400.00 |
| 03/30/2020 | RELX Inc DBA LexisNexis | Period: 03/01/20 thru 03/31/20 | $ 3.02 |
| 04/03/2020 | Neilson & MacRitchie | Humberto Ramirez- Investigations - Split Unknown | $ 586.75 |
| 04/30/2020 | RELX Inc DBA LexisNexis | Period: 04/01/20 thru 04/30/20 | $ 4.78 |
| 04/30/2020 | Sandoval, Kristabel (CA-H | Miscellaneous - Case Related:Notarized PHV 4/14/2020:UPS Store | $ 15.00 |
| 05/05/2020 | One Legal LLC (Info Track | Company Serve - The Ritz-Carlton Hotel Company, LLC | $ 160.00 |
| 05/07/2020 | Pacer | Document retrieval / legal research QTR 1 2020 | $ 0.30 |
| 05/14/2020 | One Legal LLC (Info Track | Company Serve - Marriott International, Inc. | $ 160.00 |
| 05/15/2020 | USDC New York | PHV applications | $ 200.00 |
| 06/05/2020 | USDC | For CHC's PHV App in the Ramirez v. The Ritz-Carlton matter | $ 200.00 |
| 06/30/2020 | RELX Inc DBA LexisNexis | Period: 06/01/20 thru 06/30/20 | $ 1.50 |
| 08/10/2020 | Pacer | Document retrieval / legal research  QTR 2 2020 | $ 10.70 |
| 08/31/2020 | RELX Inc DBA LexisNexis | Period: 08/01/20 thru 08/31/20 | $ 4.42 |
| 09/30/2020 | Pacer | Document retrieval / legal research  QTR 3 2020 | $ 5.40 |
| 11/06/2020 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 10/01/20 thru 10/31/20 | $ 2.80 |
| 12/02/2020 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 11/01/20 thru 11/30/20 | $ 12.84 |
| 12/31/2020 | SWCK | Copies and Printing from CopyTrack System (2015-2020) | $ 1.25 |
| 01/01/2021 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 12/01/20 thru 12/31/20 | $ 20.52 |
| 01/19/2021 | Veritext (Western Region) | Certified Transcript - Humberto Ramirez - No Split | $ 830.85 |
| 01/29/2021 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 01/01/2021 - 01/31/2021 | $ 233.10 |
| 02/11/2021 | Pacer | Document retrieval / legal research QTR 4 2020 | $ 3.90 |
| 03/01/2021 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 02/01/2021 - 02/28/2021 | $ 109.94 |
| 04/01/2021 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 03/01/2021 - 03/31/2021 | $ 74.98 |
| 04/23/2021 | Veritext (Western Region) | 3/16/21 Witness: Humberto I. Ramirez - No Split | $ 596.10 |
| 04/29/2021 | TSG Reporting, Inc. | Witness Megan Rusek -  Original & I Certified Transcript - No Split | $ 2,529.75 |
| 04/29/2021 | TSG Reporting, Inc. | Witnesses Megan Rusek -  Videographer - No Split | $ 1,240.00 |
| 05/01/2021 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 04/01/2021 - 04/30/2021 | $ 91.25 |
| 05/06/2021 | Pacer | Document Retrieval / Legal Research QTR 1 2021 | $ 1.70 |
| 05/10/2021 | TSG Reporting, Inc. | Witnesses Luisa Marciano - Transcript and Videographer  - No Split | $ 1,905.85 |
| 05/10/2021 | TSG Reporting, Inc. | Witnesses Luisa Marciano -  Videographer - No Split | $ 1,005.00 |
| 06/02/2021 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 05/01/2021 - 05/31/2021 | $ 154.64 |
| 06/07/2021 | Mary M Staten | 6/7/21 Discovery Conference - Court Reporting Services - No Split | $ 31.20 |
| 06/15/2021 | Edelstein, Ori (CA-HQ) | 4/28/21 - Lunch during PMK depo. | $ 21.12 |
| 07/01/2021 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 06/01/2021 - 06/30/2021 | $ 81.68 |
| 07/02/2021 | Steno Agency, Inc | Depo Marc Miller - Videography, Transcripts - Deferred 100% | $ 2,174.35 |
| 08/01/2021 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 07/01/2021 - 07/31/2021 | $ 78.18 |
| 08/12/2021 | Pacer | Document retrieval / legal research QTR 2 2021 | $ 17.60 |
| 09/01/2021 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 08/01/2021 - 08/31/2021 | $ 120.90 |
| 10/01/2021 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 09/01/2021 - 09/30/2021 | $ 24.25 |
| 11/01/2021 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 10/01/2021 - 10/31/2021 | $ 12.31 |



| DATE | VENDOR | DESCRIPTION | AMOUNT |
|---|---|---|---:|
| 11/08/2021 | Pacer | Document retrieval / legal research 07/01/21 - 09/30/21 | $ 1.70 |
| 12/01/2021 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 11/01/21 - 11/30/21 | $ 70.30 |
| 12/24/2021 | Steno Agency, Inc | 12/10/21 Depo - Ryan Musco Transcripts - Deferred 100% | $ 829.55 |
| 12/30/2021 | Steno Agency, Inc | 12/17/21 Depo - Jennifer West Transcripts - Deferred 100% | $ 1,545.70 |
| 12/31/2021 | RELX Inc DBA LexisNexis | Document Retrieval - Period: 12/01/21 - 12/31/21 | $ 4.59 |
| 12/31/2021 | SWCK | CA - Reclass Postage to Case Costs  (2021) | $ 0.50 |
| 12/31/2021 | SWCK | Copies and Printing from Shared Printing (2021) | $ 68.50 |
| 01/10/2022 | Pacer | Document retrieval / legal research - 10/01/21 - 12/31/21 | $ 1.80 |
| 05/06/2022 | Pacer | Pacer - Document Retrieval - QTR 1 2022 | $ 2.00 |
| | | | **$ 15,652.57** |