# EXHIBIT 4

# Ramirez, Humberto v. The Ritz-Carlton

| TIME KEEPER | RATE | TIME | CHARGES |
|---|---:|---:|---:|
| **Partners** | | | |
| Cottrell, Carolyn (CMH) | $1,105 | 7.20 | $7,956.00 |
| Leimbach, David (DCL) | $1,105 | .80 | $884.00 |
| **Of Counsel / Associates** | | | |
| Bonner, Ryan (RAB) | $750 | .10 | $75.00 |
| Burke, Michael (MKB) | $975 | 43.60 | $42,510.00 |
| Chitale, Ved (VDC) | $750 | 9.10 | $6,825.00 |
| Daniels, Bryant (BCD) | $680 | 27.30 | $18,564.00 |
| Edelstein, Ori (OXE) | $935 | 93.60 | $87,516.00 |
| Gaudard, Philippe (PMG) | $725 | 10.30 | $7,467.50 |
| Gordon, Scott (SLG) | $750 | 75.80 | $56,850.00 |
| Hogg, William (WMH) | $775 | 233.30 | $180,807.50 |
| Jones, Taylor (TAJ) | $680 | .30 | $204.00 |
| Jrade, Moises (MXJ) | $680 | 3.10 | $2,108.00 |
| Lim, Michelle (MSL) | $750 | 1.30 | $975.00 |
| Maher, Jr, James (JAM) | $680 | 7.10 | $4,828.00 |
| Nestico, John (JJN) | $995 | 1.10 | $1,094.50 |
| Okeke, Onyebuchi (OJO) | $680 | 4.40 | $2,992.00 |
| Rystrom Emmert, Jordyn (JDE) | $750 | 2.10 | $1,575.00 |
| Sandoval, Kristabel (KXS) | $725 | 241.60 | $175,160.00 |
| **Law Clerks / Paralegals** | | | |
| Al-Hindi, Talal (TRA) | $400 | 4.20 | $1,680.00 |
| Barajas, Elvira (EAB) | $450 | .60 | $270.00 |
| Barnett, Thomas (TRB) | $350 | 3.80 | $1,330.00 |
| Carter, Silvia (SGC) | $450 | 3.20 | $1,440.00 |
| Castro, Lourdes (LEC) | $450 | .80 | $360.00 |
| Christopher, Lonnie (LRC) | $275 | 21.70 | $5,967.50 |
| Currid, Linda (LZC) | $300 | 1.60 | $480.00 |
| Espinoza, Rocio (RDE) | $450 | 7.10 | $3,195.00 |
| Garcia, Michael (MEG) | $275 | 1.00 | $275.00 |

| TIME KEEPER | RATE | TIME | CHARGES |
|---|---|---|---|
| **Law Clerks / Paralegals** | | | |
| Hermann, Ashley (AZH) | $450 | 3.00 | $1,350.00 |
| Hoover, Collin (CEH) | $325 | 7.00 | $2,275.00 |
| Huffman, Eugene (ENH) | $450 | 3.00 | $1,350.00 |
| King-Cash, Sarah (SKC) | $450 | 19.80 | $8,910.00 |
| Kopp, Bradley (BJK) | $450 | 23.10 | $10,395.00 |
| McClain, Tracey (TLM) | $425 | .60 | $255.00 |
| McKay, Joseph (JXM) | $275 | 13.25 | $3,643.75 |
| Price, Sarah (SQP) | $500 | 5.50 | $2,750.00 |
| Rawlinson, Ruby (RVR) | $300 | 4.90 | $1,470.00 |
| Rodriguez, Brianda (BCR) | $350 | .50 | $175.00 |
| Smith, Tyler (TBS) | $500 | 5.40 | $2,700.00 |
| Winter, Kelle (KJW) | $450 | 3.10 | $1,395.00 |
| Yasay, Vincent (VCY) | $450 | 1.60 | $720.00 |
| **Clerical Staff** | | | |
| Brandy, Tony (TSB) | $250 | .60 | $150.00 |
| **Grand Total** | | **897.45** | **$650,928** |