# EXHIBIT 5

# Ramirez, Humberto v. The Ritz-Carlton (From 8/27/2022)

| TIME KEEPER | RATE | TIME | CHARGES |
|---|---|---|---|
| **Of Counsel / Associates** | | | |
| Edelstein, Ori (OXE) | $935 | 3.60 | $3,366.00 |
| Sandoval, Kristabel (KXS) | $725 | 18.00 | $13,050.00 |
| **Law Clerks / Paralegals** | | | |
| Christopher, Lonnie (LRC) | $275 | .20 | $55.00 |
| Garcia, Michael (MEG) | $275 | .60 | $165.00 |
| Hoover, Collin (CEH) | $325 | 1.90 | $617.50 |
| **Grand Total** | | **24.30** | **$17,254** |