UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUMBERTO RAMIREZ, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br>　v.<br>MARRIOTT INTERNATIONAL, INC. and THE RITZ-CARLTON HOTEL COMPANY, LLC,<br><br>　　　　Defendant. | Case No. 7:20-cv-02397-PMH |

### DECLARATION OF ORI EDELSTEIN IN SUPPORT OF PLAINTIFF'S UNOPPOSED LETTER MOTION TO FILE REDACTED RETAINER AGREEMENT

I, Ori Edelstein, am an attorney duly licensed to practice law in the State of California. I am admitted *pro hac vice* in the State of New York, and I hereby affirm the truth of the following under penalty of perjury:

1. I am a Partner at Schneider Wallace Cottrell Konecky LLP, attorneys for Plaintiff Humerto Ramirez and the putative Class members.

2. I am familiar with the file, documents, and history related to this case. The following statements are based on my personal knowledge. If called on to do so, I could and would testify competently thereto.

3. Attached as **Exhibit A** is a true and correct copy of the Plaintiff Humberto Ramirez's Class/Collective Action Retainer Agreement with Schneider Wallace Cottrell Konecky LLP, with proposed redactions.

4. Per Judge Halpern's Individual Practices in Civil Cases, the Retainer Agreement will be publically filed with proposed redactions, as noted above, and Plaintiff will electronically

file under seal a true and correct copy of the unredacted document with the redactions highlighted.

I declare under the penalty of perjury that foregoing is true and correct. Executed on this 15th day of November, 2022 in Oakland, California.

*/s/ Ori Edelstein*
Ori Edelstein